**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

EVAN R. COHEN and
PATRICIA BELFORD-COHEN,

        Plaintiffs,

v.                                  Case No. 2:08-cv-00578-JES-DNF

NATIONAL CITY MORTGAGE, a division of
National City Bank of Indiana,

        Defendant.

_____/

## NOTICE OF SETTLEMENT

       Plaintiffs, EVAN R. COHEN and PATRICIA BELFORD-COHEN and defendant,

NATIONAL CITY MORTGAGE, a division of National City Bank of Indiana, in accordance

with Local Rule 13.08(a) of the United States District Court for the Middle District of Florida,

give notice that a full settlement has been reached in this matter.


**LEVIN TANNENBAUM**
1680 Fruitville Road
Suite 102
Sarasota, Florida 34236
Telephone:   (941) 308-3157
Facsimile:    (941) 316-0301
Attorneys for Plaintiffs

/s/ Alan E. Tannenbaum
Alan E. Tannenbaum, Esq.
Florida Bar No. 0259144

**BUCHANAN INGERSOLL & ROONEY**
401 E. Jackson Street
Suite 2500
Tampa, FL 33602
Telephone:   (813) 222-8180
Facsimile:    (813) 222-8189
Counsel for Defendant

/s/ Blake J. Delaney
Blake J. Delaney, Esq.
Florida Bar No. 0015187

Richard Oliver, Esq.
Florida Bar No. 0119725

6422.15113.00190427.WPD V.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Settlement on August 20, 2009 with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to **Blake J. Delaney, Esq.**, (blake.delaney@bipc.com) and **Richard Oliver, Esq.** (oliverr@bipc.com).

**LEVIN TANNENBAUM**
1680 Fruitville Road, Suite 102
Sarasota, Florida 34236
Telephone:   (941) 308-3157
Facsimile:   (941) 316-0301
*atannenbaum@levintannenbaum.com*
Attorneys for Cohens


/s/ Alan E. Tannenbaum
Alan E. Tannenbaum, Esq.
Florida Bar No. 0259144